## DAVIS et al. v. EVANS.

(Supreme Court, General Term, Second Department. February 11, 1891.)

ADJOINING LAND-OWNERS.
 Where defendant placed sand on his lot against the brick wall of his neighbor's building, and the pressure injured the wall, he is liable therefor.

Appeal from Kings county court.

Action by Frederick W. Davis and William H. Davis against George W. Evans. There was a judgment for plaintiffs, and defendant appeals.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

J. Stewart Ross, for appellant. Alexander McKinney, for respondents.

DYKMAN, J. There was no defense to this action, and there is no merit in the appeal from the judgment. The defendant piled a quantity of sand against the brick wall of the plaintiffs' building, and the pressure was sufficient to push in the wall. The fact of the breach was undisputed, and no adequate cause was assigned therefor, except the pressure resulting from the bank of sand, and with the verdict of the jury in favor of the plaintiff we must assume that to have been the cause. The use by the defendant of his premises in a manner that injured the property of the plaintiff was wrongful, and rendered the defendant liable for the damage which resulted from such use. The judgment and order should be affirmed, with costs. All concur.